1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   THOMAS and CHRISTINE                 Case No. CV09-4126 DDP (MANx)
     HORNE, on behalf of themselves
12   and all others similarly situated,

13              Plaintiffs,               **NOTICE OF LODGING OF JOINT
                                          STIPULATION AND [PROPOSED]
14   v.                                   ORDER EXTENDING CERTAIN
                                          PRE-TRIAL FILING DEADLINES**
15   HARLEY-DAVIDSON, INC.,
     HARLEY-DAVIDSON MOTOR
16   COMPANY, INC., and HARLEY-
     DAVIDSON FINANCIAL
17   SERVICES, INC.,

18              Defendants.

19

20

21          PLEASE TAKE NOTICE that Plaintiffs Thomas and Christine Horne

22   and Defendants Harley-Davidson, Inc., Harley-Davidson Motor Company, Inc., and

23   Harley-Davidson Financial Services, Inc. (collectively "the Parties") hereby lodge

24   with the Court the Parties' Joint Stipulation and [Proposed] Order Extending

25   Certain Pre-Trial Filing Deadlines ("Exhibit 1").

26

27   Dated:  October 14, 2009

28

1    Respectfully submitted,

2

3

4        /s/ Angel A. Garganta                    /s/ Jonathan D. Selbin
           Angel A. Garganta                       Jonathan D. Selbin
5

6    Angel A. Garganta                      Jonathan D. Selbin
     ARNOLD & PORTER LLP                    LIEFF, CABRASER, HEIMANN &
7    275 Battery Street, Suite 2700         BERNSTEIN, LLP
     San Francisco, CA  94111               250 Hudson Street, 8th Floor
8    Telephone:  (415) 356-3000             New York, NY  10013-1413
                                            Telephone:  (212) 355-9500
9    Facsimile:  (415) 356-3099             Facsimile:   (212) 355-9592

10
     Attorneys for Defendants
11                                          Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

842859.1                    - 2 -    NTC OF LODGING OF JT STIP & [PROPOSED] ORDER
                                     EXTENDING CERTAIN PRE-TRIAL FILING DEADLINES
                                           CASE NO. CV09-4126 DDP (MANX)

1

## CERTIFICATE OF SERVICE

2
3
4
5
6

I hereby certify that on October 14th, 2009 I electronically filed a true and correct copy of the Notice of Lodging of Joint Stipulation and [Proposed] Order Extending Certain Pre-Trial Deadlines with the Clerk of Court using CM/ECF.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

7
8
9

*/s/ Allen Wong*
Allen Wong

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NTC OF LODGING OF JT STIP & [PROPOSED] ORDER
EXTENDING CERTAIN PRE-TRIAL FILING DEADLINES
CASE NO. CV09-4126 DDP (MANX)